No. 01–959. CHILDS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–988. PRYOR, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF VOUZAINAS ET AL. v. READY & PONTISAKOS. C. A. 2d Cir. Certiorari denied.

No. 01–1007. GROSS v. IRTZ. Ct. App. Ky. Certiorari denied.

No. 01–1008. KERSEY v. DEHART ET AL. Sup. Ct. N. H. Certiorari denied.

No. 01–1012. ASHTON v. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1052. RAVET ET AL. v. ENTERTAINMENT PUBLICATIONS, INC. C. A. 9th Cir. Certiorari denied.

No. 01–1095. SCOTT v. MORGAN, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 01–1140. SYMANTEC CORP. v. HILGRAEVE CORP. C. A. Fed. Cir. Certiorari denied.

No. 01–6586. SMITH v. ZACHARY ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–7062. FISHER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 01–7109. ROCHA-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7137. ACOSTA-MARTINEZ ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–7158. JONES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–7426. OLIVER v. FALLA ET AL. C. A. 11th Cir. Certiorari denied.